ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C Atlanta

JUN 1 2 2008

JAMES N. HATTEN, CLERK
By: J. Brandadak

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Patsy Whitfield
    Plaintiff,

Civil Action File No.:

vs.

MTD Products, Inc.
    Defendant.

1:08-CV-2011 -ODE

# COMPLAINT

## JURISDICTIONAL STATEMENT

1. This Court has jurisdiction over this subject matter of the written action pursuant to O.C.G.A. § 51-1-2, O.C.G.A. § 51-1-4, and 28 U.S.C. § 1332, as the action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## PARTIES

2. Plaintiff, Patsy Whitfield is a citizen of the State of Georgia, County of Clayton. Plaintiff resides at 1789 Bentcreek Court, Riverdale Georgia 30296.

3. Defendant, MTD Products, Inc. is an incorporated citizen of the State of Ohio. That on or about June 20, 2006 and July 06, 2006 the, Defendant MTD, Inc. sold lawn mowers in the State of Georgia under the Yard Machines brand with defective belts on them, whereby making the Defendant subject to the venue and jurisdiction of this Court. Defendant, MTD Products, Inc. can be served with a copy of this Summons and Complaint through, its registered agent, Terry R. Hollister located at 5903 Grafton Road, Valley City, Ohio 44280.

## COUNT I

4. Paragraph 1 through 3 above are incorporated herein as if set forth again in full.

5. That on or about June 20, 2006 and July 6, 2006 Defendant, MTD Products, Inc. was negligent when it manufactured and sold lawn mowers with defective belts on them, in violation of the laws of this State.

6. On June 20, 2006 and July 6, 2006, Plaintiff, Patsy Whitfield, was attempting to mow her lawn using a lawn mower manufactured by MTD Products, Inc., inside the State of Georgia. That on June 20, 2006 a defective belt popped off of the mower injuring her right leg. That on July 6, 2006 a defective belt popped off of the mower injuring her left leg.

7. As a direct result of the Defendant's negligence, the Plaintiff has suffered physical pain and mental anguish. The Plaintiff has also incurred several medical expenses.

**WHEREFORE,** the Plaintiff prays:

a. That this Court enter judgment against the Defendant in an amount greater than **$100,000.00** for the Plaintiff;
b. That interest and cost of this action be assessed against the Defendant;
c. Plaintiff Demands a Trial by Jury on All Issues Triable of Right by a Jury in the Within Action;
d. Such other and further relief as this Court may deem just, proper, and equitable.

This ____10th____ day of ____June____, 2008.

Respectfully submitted,
**Attorney At Law**
**Hillman J. Toombs & Associates, P.C.**

_____
Hillman J. Toombs
Attorney for Plaintiff
Georgia Bar No. 714655

6338 Church Street
Riverdale, Georgia 30274
(770) 997-3525